IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KEELY KLINGER et al.,**

        Plaintiffs,

        v.

**FEDERAL EXPRESS CORPORATION et al.,**

        Defendants.

No. 3:23-cv-00426-MO

OPINION AND ORDER

**MOSMAN, J.,**

      Plaintiffs bring this action against several Defendants. Defendant Federal Express Corporation moved to dismiss, [ECF 5], asserting a lack of personal jurisdiction. *See* Fed. R. Civ. P. 12(b)(2). It argued that there is no general jurisdiction because it is neither incorporated nor has a principal place of business in Oregon. *See Daimler AG v. Bauman*, 571 U.S. 117, 139 (2014). And it argued that there is no specific jurisdiction because it had no involvement in the incidents that gave rise to Plaintiffs' complaint. *See Bristol-Myers Squibb Co. v. Superior Ct. of California, San Francisco Cnty.*, 582 U.S. 255, 262 (2017). Plaintiffs responded, [ECF 14], stating they did not object to dismissal. In light of Defendant's arguments and Plaintiffs' non-objection, I agree with Defendant, GRANT the motion, and DISMISS Federal Express Corporation.

      IT IS SO ORDERED.

      DATED this 4th day of May, 2023.

                                      MICHAEL W. MOSMAN  
                                      Senior United States District Judge

1 – OPINION AND ORDER